394 A.2d 613

Commonwealth v. Shinholster, Appellant.

Argued June 12, 1978. Edward M. Kopanski, for appellant; William Nugent, Assistant District Attorney, with him Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

394 A.2d 614

Commonwealth v. Smolkowicz, Appellant.

Argued June 12, 1978. Russell J. LaMarca, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, with him J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.